IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-049-KDB-DCK

| | |
|---|---|
| TINA M. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Gemma L. Saluta, concerning Nikole M. Crow, on March 14, 2023. Nikole M. Crow seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Nikole M. Crow is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 14, 2023

David C. Keesler
United States Magistrate Judge